NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PROPPANT EXPRESS INVESTMENTS LLC, PROPPANT EXPRESS SOLUTIONS LLC,**
*Appellants*

**v.**

**OREN TECHNOLOGIES, LLC,**
*Cross-Appellant*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

———————————

2020-1557, 2020-1572

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01917.

———————————

**ON MOTION**

———————————

2          PROPPANT EXPRESS INVESTMENTS LLC v. OREN
                                    TECHNOLOGIES, LLC

## **O R D E R**

Upon consideration of the parties' joint agreement to dismiss the appeals,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

June 3, 2022                    /s/ Peter R. Marksteiner
    Date                       Peter R. Marksteiner
                               Clerk of Court

**ISSUED AS A MANDATE:** June 3, 2022